IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

TERRY DALE McENTIRE                                                   PLAINTIFF

v.                        Civil No.  14-3001

SHERIFF MIKE MOORE, Boone
County Arkansas; and JASON
DAY, Jail Administrator, Boone
County Detention Center                                         DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 on January 3, 2014.  The application to proceed *in forma pauperis* (IFP) he submitted was incomplete.  An order (Doc. 3) was entered giving the Plaintiff until January 17, 2014, to submit a complete IFP application or pay the filing fee.  Plaintiff was advised that if he failed to return the completed IFP application or pay the $400 by January 17, 2014, the complaint would become subject to summary dismissal for failure to obey an order of the Court.

On January 22nd, a show cause order (Doc. 5) was entered.  Plaintiff was given until February 7th to show cause why this case should not be dismissed based on his failure to comply with the Court's order.

On January 24th and 27th, mail was returned as undeliverable.  A change of address was entered on February 11th.  All mail previously returned was resent.

On March 4, 2014, a report and recommendation was entered (Doc. 7) recommending dismissal of the case based on Plaintiff's failure to prosecute the action and his failure to obey

the orders of the Court. Plaintiff filed objections (Doc. 8) to the report and recommendation. On June 13, 2014, Chief United States District Judge P.K. Holmes, III, declined (Doc. 9) to adopt the report and recommendation. Plaintiff was ordered to return a complete IFP or pay the filing fee by July 3, 2014.

Plaintiff did not comply. On July 15, 2014, a show cause order (Doc. 10) was entered directing the Plaintiff to show cause why the case should not be dismissed based on his failure to comply with an order of the Court and his failure to prosecute the case. The response to the show cause order was due July 30th.

To date, Plaintiff has not submitted a complete IFP or paid the filing fee. He has not responded to the show cause order. No mail has been returned as undeliverable.

I therefore recommend that this case be dismissed with prejudice based on Plaintiff's failure to obey the orders of the Court and his failure to prosecute this action. Fed. R. Civ. P. 41(b).

**The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 8th day of September 2014.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)