IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

TERRY DALE MCENTIRE                                                                                    PLAINTIFF

v.                               Case No. 3:14-CV-03001

SHERIFF MIKE MOORE, Boone County, Arkansas;
and JAIL ADMINISTRATOR JASON DAY, Boone
County Detention Center                                                                              DEFENDANTS

**O R D E R**

The Court has received proposed findings and recommendations (Doc. 11) from Chief United States Magistrate Judge James R. Marschewski. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects.

Accordingly, IT IS ORDERED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(b), for failure to comply with an order of the Court and failure to prosecute this action.

Judgment will be entered accordingly.

IT IS SO ORDERED this 23rd day of December, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE